**CHARLES L. FIRESTEIN, P.C.**
Charles L. Firestein (#002986)
7227 N. 16th Street, Ste 221
Phoenix, AZ 85020
[602] 235-9000
Fax [602] 235-9040
charles@firesteinpc.com

Attorney for Movant

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **In Re:** <br><br> **ALYSSA VICTORIA GONZALEZ,** <br><br> **Debtor.** | **CHAPTER 7 PROCEEDING** <br><br> **CASE NO: 2:19-bk-11132-EPB** |
| **HONDA LEASE TRUST, its successors and assigns as assignee of AMERICAN HONDA FINANCE CORPORATION** <br><br> **Movant,** <br><br> vs. <br><br> **ALYSSA VICTORIA GONZALEZ, DEBTOR;** <br> **DINA ANDERSON, TRUSTEE,** <br>   **Respondents.** | **NOTICE OF FILING OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND REQUIREMENT TO FILE RESPONSE** |

**NOTICE IS GIVEN** that the above Movant has filed a Motion requesting relief from the automatic stay the details of which are as follows:

Motor Vehicle generally described as a 2016 Honda Hr-V, vehicle identification number 3CZRU6H52GM746384.

PLEASE TAKE NOTICE, pursuant to 11 U.S.C. SECTION 362(d), Rules 4001 and 9014 of the Fed. R. Bkrtcy. Proc., and Local Rule 4001.1 for the District of Arizona, AMERICAN HONDA FINANCE CORPORATION ("AHFC") (hereinafter "Secured Creditor"), moves this Court for an Order Lifting Stay, or in the alternative an Order Granting Adequate Protection to Secured Creditor, with respect to certain property upon which Secured Creditor holds

a perfected interest.

**NOTICE IS FURTHER GIVEN, PURSUANT TO LOCAL RULE 4001-1(D), THAT IF NO WRITTEN OBJECTION IS FILED WITH THE COURT AND SERVED UPON SECURED CREDITOR'S COUNSEL, DESIGNATED ABOVE AND UPON THE CHAPTER 7 TRUSTEE WITHIN FOURTEEN DAYS OF SERVICE OF THIS MOTION, THE MOTION MAY BE GRANTED WITHOUT HEARING.**

DATED: September 18, 2019                 /s/ Charles L. Firestein, #002986
Charles L. Firestein, Esq.
Attorney for Movant